FREDERIC *v.* COTTON STATES AND INTERNATIONAL EXPOSITION COMPANY.

FISH, J.　The basis of the plaintiff's action being an alleged contract with the defendant, and there being no evidence showing that any such contract was ever in fact made, the trial judge properly granted a nonsuit.
　　　*Judgment affirmed.　All concurring, except Cobb, J., disqualified.*

Argued December 8, — Decided December 21, 1897.

Complaint for damages.　Before Judge Reid.　City court of Atlanta.　March term, 1897.

*Thomas R. R. Cobb,* for plaintiff.
*King & Spalding,* for defendant.

---

GEORGIA RAILROAD AND BANKING COMPANY *v.* DAVIS.

LITTLE, J.　Applying the law embraced in section 5585 of the Civil Code to the evidence in the record, this is not a case in which the judgment of the court below in granting a first new trial should be disturbed.
　　　*Judgment affirmed.　All concurring, except Fish, J., disqualified.*

Argued December 8, — Decided December 21, 1897.

Action for damages.　Before Judge Reid.　City court of Atlanta.　January term, 1897.

*Joseph B. & Bryan Cumming* and *Hillyer, Alexander & Lambdin,* for plaintiff in error.　*Glenn & Rountree,* contra.